**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **No. 1:17-cr-00392** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **MICHAEL E. TORRES,** | : | |
| Defendant | : | |

## ORDER

    **AND NOW**, on this 20th day of September 2018, upon consideration of Defendant's motion to suppress evidence (Doc. No. 22), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Defendant's motion is **DENIED**.


s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania